## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
## CIVIL ACTION NO. 3:05CV-P115-S

**FREDERICK D. JONES**                                                                    **PETITIONER**

**v.**

**RANDY STOVALL, WARDEN**                                               **RESPONDENT**

### MEMORANDUM OPINION

The petitioner, Frederick D. Jones, filed this action seeking habeas corpus relief pursuant to 28 U.S.C. § 2254.  On April 13, 2005, this court entered an opinion and order giving the petitioner 30 days within which to show cause why his habeas petition should not be dismissed as time-barred (DN 6).  The petitioner failed to respond to the court's order and did not otherwise show cause why the court should not dismiss his petition as untimely.  Therefore, for the reasons set forth more fully in this court's April 13, 2005, opinion, this court concludes that the petition is untimely and must be dismissed.

In the event that the petitioner appeals this court's decision, he is required to obtain a certificate of appealability.  28 U.S.C. § 2253(c)(1)(a); Fed. R.App. P. 22(b).  A district court must issue or deny a certificate of appealability and can do so even though the petitioner has yet to make a request for such a certificate.  *Castro v. United States*,  310 F.3d 900, 903 (6th Cir. 2002) ("Whether the district judge determines to issue a COA along with the denial of a writ of habeas corpus or upon the filing of a notice of appeal, the district judge is always required to comply with § 2253(c)(2) & (3) by 'indicat[ing] which specific issue or issues satisfy the showing required,' 28 U.S.C. § 2253(c)(3), *i.e*., a 'substantial showing of the denial of a constitutional right.' 28 U.S.C. § 2253(c)(2).").

When a district court denies such a petition on procedural grounds without addressing the merits of the petition, a certificate of appealability should issue only if the petitioner shows "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

When a plain procedural bar is present and the district court is correct to invoke it to dispose of the matter, a reasonable jurist could not conclude either that the court erred in dismissing the motion or that the petitioner should be allowed to proceed further. *Slack*, 529 U.S. at 484. In such a case, no appeal is warranted. *Id.* The court is satisfied that no jurists of reason could find its procedural ruling to be debatable. Thus, no certificate of appealability is warranted in this case.

The court will enter an order that is consistent with this memorandum opinion.

Date:

cc: Petitioner *pro se*
4411.002

2